No. D–1359. IN RE DISBARMENT OF STEINHORN. It is ordered that Neil Warren Steinhorn, of Baltimore, Md., be sus-

pended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.